AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Randy Drummond ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.  2:11-cv-142-TLW |
| State of South Carolina, et al ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is accepted. This petition is dismissed without prejudice and without requiring the respondent to file an answer or return. The Petitioner shall take nothing on his petition for writ of coram nobis filed pursuant to Title 28 U.S.C. § 1651.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date:  May 27, 2011                                     *CLERK OF COURT*

                                                                    s/H. Hillman
                                                        *Signature of Clerk or Deputy Clerk*